# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**NORMA CHILDERS,**

    Plaintiff,

v.                                     CASE NUMBER: 1:13-cv-1209-JDB-egb

**HARDEMAN COUNTY BOARD OF EDUCATION,**

    Defendant.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 4/28/2015, this case is hereby dismissed with prejudice and each party shall bear its own costs.

**APPROVED:**

                                          s/J. Daniel Breen
                                          Chief United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**